# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| Jerry J. Rupslauk | ) | Case No. 17-02882 |
| | ) | |
| | ) | Hon. Janet S. Baer |
| Debtor. | ) | Hearing Date: April 6, 2018 |
| | ) | Time: 11:00 a.m. |

## CERTIFICATE OF SERVICE

To:   See Attached Service List

I, Frank J. Kokoszka, hereby certify that on Friday, March 09, 2018, I served a true and correct copy of the **Notice of Trustee's Final Report And Applications For Compensation And Deadline to Object (NFR) and Fee Application** upon all parties on the attached service including those named on the Electronic Mail Notice List by operation of the Court's Electronic Filing System, and sent to those parties as identified on the attached service list via US Mail by placing a copy in the U.S. Mailbox at 19 South LaSalle, Chicago, Illinois on March 9, 2018.

Dated: March 9, 2018                                                Respectfully submitted,


                                                                    By: /s/ *Frank J. Kokoszka*
                                                                        Chapter 7 Trustee

Frank J. Kokoszka, Esq.
ARDC No. 6201436
KOKOSZKA & JANCZUR, P.C.
19 South LaSalle Street, Suite 1201
Chicago, Illinois 60603-6270
(312) 443-9600 x7861 (phone)
(312) 254-3156 (fax)
trustee@k-jlaw.com

Denise A Delaurent on behalf of U.S. Trustee Patrick S Layng
Denise.DeLaurent@usdoj.gov

Joseph P Doyle on behalf of Debtor 1 Jerry J. Rupslauk
joe@fightbills.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

David P Lloyd on behalf of Debtor 1 Jerry J. Rupslauk
courtdocs@davidlloydlaw.com

Ha M Nguyen on behalf of U.S. Trustee Patrick S Layng
ha.nguyen@usdoj.gov


PNC BANK N.A.
PO BOX 94982
CLEVELAND, OH 44101

Capital One Bank (USA), N.A.
By American Infosource Lp As Agent
Po Box 71083
Charlotte, Nc 28272-1083

IRS
PO Box 7317
Philadelphia, PA 19101-7317

Arlene Rupslauk
400 Suffolk Drive
Crystal Lake, IL 60014-7652

Capital One
C/O Becket And Lee Llp
Po Box 3001
Malvern Pa 19355-0701

PNC BANK N.A.
PO BOX 94982
CLEVELAND, OH 44101

LVNV Funding
Resurgent Capital Services
Po Box 10587
Greenville, Sc 29603-0587