# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: §
§
Jerry J. Rupslauk § Case No. 17-02882
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 27,241.00 *(Without deducting any secured claims)* | Assets Exempt: 16,040.08 |
| Total Distributions to Claimants: 8,217.40 | Claims Discharged Without Payment: 165,387.23 |
| Total Expenses of Administration: 1,782.60 | |

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 28,449.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,782.60 | 1,782.60 | 1,782.60 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 102,100.26 | 182,243.60 | 182,243.60 | 8,217.40 |
| **TOTAL DISBURSEMENTS** | $ 130,549.26 | $ 184,026.20 | $ 184,026.20 | $ 10,000.00 |

4) This case was originally filed under chapter 7 on 01/31/2017 . The case was pending for 15 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/05/2018                     By:/s/Frank J. Kokoszka, Trustee
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Miscellaneous Used Household Goods And Furnishings - 2 Bedro | 1129-000 | 5,000.00 |
| Band Equipment and Musical Instruments | 1229-000 | 5,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pnc Bank, Attn: Bankruptcy 249 5th Ave Ste 30 Pittsburgh, PA 15222 | | 28,449.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 28,449.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| Frank J. Kokoszka | 2200-000 | NA | 7.76 | 7.76 | 7.76 |
| BOK Financial | 2600-000 | NA | 24.84 | 24.84 | 24.84 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,782.60 | $ 1,782.60 | $ 1,782.60 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| | Arlene Rupslauk, 400 Suffolk Drive Crystal Lake, IL 60014-7652 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Adler & Associates, 25 E. Washington # 1221 Chicago, IL 60602-1875 | | 0.00 | NA | NA | 0.00 |
| | Capital Accounts, Po Box 140065 Nashville, TN 37214 | | 231.00 | NA | NA | 0.00 |
| | Chase Card, Attn: Correspondence P.O. Box 15298 Wilmington, DE 19850 | | 15,000.00 | NA | NA | 0.00 |
| | Kenneth P. Johnson, 191 W Irving Park Rd Wood Dale, IL 60191 | | 0.00 | NA | NA | 0.00 |
| | Unifund Corp, 10625 Techwoods Circle Cincinnati, OH 45242 | | 24,891.00 | NA | NA | 0.00 |
| | Valentina Bay, 426 SUNNYSIDE AVE Itasca, IL 60143-2241 | | 3,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Capital One Bank (Usa), N.A. | 7100-000 | 8,180.00 | 8,337.62 | 8,337.62 | 671.48 |
| 4 | Capital One, N.A. | 7100-000 | NA | 120.96 | 120.96 | 9.74 |
| 1 | Irs | 7100-000 | NA | 80,209.97 | 80,209.97 | 0.00 |
| 2 | Irs | 7100-000 | 40,798.26 | 79,825.52 | 79,825.52 | 6,428.84 |
| 5 | Lvnv Funding, Llc | 7100-000 | 10,000.00 | 13,749.53 | 13,749.53 | 1,107.34 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 102,100.26 | $ 182,243.60 | $ 182,243.60 | $ 8,217.40 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-02882 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Jerry J. Rupslauk | | | | Date Filed (f) or Converted (c): | 01/31/2017 (f) |
| | | | | | 341(a) Meeting Date: | 02/28/2017 |
| For Period Ending: | 05/05/2018 | | | | Claims Bar Date: | 11/15/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2015 Dodge Charger Mileage: 24000 - Current/Reaffirm - Full | 29,081.00 | 0.00 | | 0.00 | FA |
| 2. Miscellaneous Used Household Goods And Furnishings - 2 Bedro | 450.00 | 5,000.00 | | 5,000.00 | FA |
| 3. 3 Tvs, 2 Computers, 1 Cell Phone, 2 Gaming Systems, 1 Dvd Pl | 400.00 | 0.00 | | 0.00 | FA |
| 4. Books, Pictures, And Cd's | 110.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 875.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous Costume Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 7. Cash On Hand | 50.00 | 0.00 | | 0.00 | FA |
| 8. Checking Account With Chase | 1,600.00 | 0.00 | | 0.00 | FA |
| 9. Brokerage Account With Td Ameritrade | 100.00 | 0.00 | | 0.00 | FA |
| 10. 4 Shares Of Adp Stock At $103.77 A Share | 415.08 | 0.00 | | 0.00 | FA |
| 11. 401(K) / Retirement Plan Through Employer -100% Exempt. | 10,000.00 | 0.00 | | 0.00 | FA |
| 12. Security Deposit With Landlord $1700.00 | 0.00 | 0.00 | | 0.00 | FA |
| 13. Estimated 2016 Tax Refund Of $2,050.00 Has Not Been Receive | 0.00 | 0.00 | | 0.00 | FA |
| 14. Term Life Insurance Policy Through Employer - (No Cash Surre | 0.00 | 0.00 | | 0.00 | FA |
| 15. Band Equipment and Musical Instruments (u) | 0.00 | 5,000.00 | | 5,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $43,281.08 | $10,000.00 | | $10,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

After Trustee initially filed a "No Asset" Report, an investigation discovered possible assets for the benefit of creditors. Trustee has filed a Motion to sell Property back to the Debtor. Debtor has provided funds to the Trustee in anticipation of the Motion being approved by the Court. -Frank J. Kokoszka 9/23/2017

Motion approved. All assets administered. Trustee waiting for bar date to pass. - Frank J. Kokoszka 10/29/2017

Case (specifically filing of TFR) has been delayed because Debtor has filed a Motion to Convert to Chapter 13 case. U.S. Trustee opposes the Motion to Convert. If Motion is denied, Trustee will submit TFR to the U.S. Trustee, as soon as possible. - Frank J. Kokoszka 1/27/2018

Debtor has withdrawn the Motion to Convert to Chapter 13 after waiver of discharge. Trustee has reviewed claims and is preparing TFR.  - Frank J. Kokoszka 2/17/2018

Initial Projected Date of Final Report (TFR): 01/30/2018        Current Projected Date of Final Report (TFR): 04/30/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 17-02882 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Jerry J. Rupslauk | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0311 |
| | Checking |
| Taxpayer ID No: XX-XXX8698 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/05/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/20/17 | | Joan P. Rupslauk<br>5242 West Dakin<br>Chicago, Illinois 60641 | Sale back to Debtor<br>Motion to Compromise and Sell Back to the Debtor Band Equipment and Household Items | | $10,000.00 | | $10,000.00 |
| | | | Gross Receipts   $10,000.00 | | | | |
| | 2 | | Miscellaneous Used Household   $5,000.00<br>Goods And Furnishings - 2 Bedro | 1129-000 | | | |
| | 15 | | Band Equipment and Musical   $5,000.00<br>Instruments | 1229-000 | | | |
| 09/29/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,990.00 |
| 10/31/17 | | BOK Financial | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.84 | $9,975.16 |
| 04/10/18 | 101 | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. | | | $1,757.76 | $8,217.40 |
| | | Kokoszka, Frank J. | Final distribution representing a   ($1,750.00)<br>payment of 100.00 % per court order. | 2100-000 | | | |
| | | Kokoszka, Frank J. | Final distribution representing a   ($7.76)<br>payment of 100.00 % per court order. | 2200-000 | | | |
| 04/10/18 | 102 | Irs<br>Po Box 7317<br>Philadelphia, Pa 19101-7317 | Final distribution to claim 2 representing a payment of 8.05 % per court order. | 7100-000 | | $6,428.84 | $1,788.56 |
| 04/10/18 | 103 | Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 3 representing a payment of 8.05 % per court order. | 7100-000 | | $671.48 | $1,117.08 |
| 04/10/18 | 104 | Capital One, N.A.<br>C/O Becket And Lee Llp<br>Po Box 3001<br>Malvern Pa 19355-0701 | Final distribution to claim 4 representing a payment of 8.05 % per court order. | 7100-000 | | $9.74 | $1,107.34 |
| | | | Page Subtotals: | | $10,000.00 | $8,892.66 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 17-02882 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Jerry J. Rupslauk | Bank Name: BOK Financial |
| | Account Number/CD#: XXXXXX0311 |
| | Checking |
| Taxpayer ID No: XX-XXX8698 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 05/05/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/10/18 | 105 | Lvnv Funding, Llc<br>Resurgent Capital Services<br>Po Box 10587<br>Greenville, Sc 29603-0587 | Final distribution to claim 5 representing a payment of 8.05 % per court order. | 7100-000 | | $1,107.34 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $10,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $10,000.00 |

Page Subtotals:  $0.00  $1,107.34

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX0311 - Checking | $10,000.00 | $10,000.00 | $0.00 |
|  | $10,000.00 | $10,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| **Total Allocation Receipts:** | $0.00 |
| **Total Net Deposits:** | $10,000.00 |
| **Total Gross Receipts:** | $10,000.00 |